IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| VALERIE MICHAEL, as mother of LILLIAN BOWER, a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>THE DOCKS BAYSIDE, LLC d.b.a HARBOR GRILLE, and JOHN DOES 1-4,<br><br>    Defendants. | CV 25-134-M-KLD<br><br>**ORDER** |

Plaintiff moves for the admission of William Dale Marler to practice before this Court in this case with Michael Bliven and Avery Field to act as local counsel. Mr. Marler's application reflects that he has recently been admitted pro hac vice in four cases pending in this district (*Garcia v. TD Opportunities*, CV-24-124-M-KLD; *Ball v. The Docks Bayside*, CV-24-142-M-KLD, *Jackson v. The Docks Bayside*, CV-24-150-M-KLD; and *Starks v. Yikes*, CV-24-151-M-KLD) and is currently seeking admission in four others (*Thielman v. Yikes, Inc.*, CV-25-133-M-KLD; *Dolan v. Yikes* CV-25-129-M-KLD; *Long v. Yikes, Inc.*, CV-25-131-KLD; and *Teschendorf v. Yikes Inc.*, CV-25-132-M-KLD). All of the cases in which Mr. Marler has obtained or is seeking pro hac vice admission arise out of the same *E.*

*Coli* outbreak in Flathead County, Montana. Accordingly, and because Mr. Marler's application appears to be in order,

IT IS HEREBY ORDERED that Plaintiff's motion to admit William Dale Marler pro hac vice is GRANTED on the condition that Mr. Marler shall do his own work. This means that Mr. Marler must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Local counsel may move for the admission pro hac vice of one (1) associate of Mr. Marler's firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Marler.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Marler, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 26th day of September, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge