IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| VALERIE MICHAEL, as mother of Lillian Bower, | CV- 25-134-M-KLD |
| Plaintiff, | ORDER |
| vs. | |
| THE DOCKS BAYSIDE, LLC d.b.a. HARBOR GRILLE, | |
| Defendant. | |

The parties have filed a joint Stipulation for Dismissal with Prejudice. (Doc. 25). Accordingly,

IT IS ORDERED that the above-entitled action is DISMISSED with prejudice, each party to bear its own costs and attorney fees.

DATED this 30th day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge